In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County


FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 APR -8 PM 12: 10

KEITH E. HOTTLE, CLERK

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

On April 7th Here Comes Appellant Maryann Castro Filing a motion to request oral Argument in Appellants Brief in the Agreement for Final Divorce Signed Oct 30,2013 by Judge Canales

Appellant Maryann Castro pro-se and prays for the Court for relief and Justice.

Maryann Castro

Maryann Castro-Appellant Pro-se  Sent 4/7/15

1501 Olive

Jourdanton Texas 78026

830-496-0133

Pacattitude2014@gmail.com

**PRIORITY®**
**★ MAIL ★**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE

PS10001000016-0690
7690
Label 400 Jan. 2013

**UNITED STATES POSTAL SERVICE ®**

USPS TRACKING #

9114 9011 5981 5075 7558 98

EP14H July 2013 Outer Dimension: 10 x 5

* For international shipments, the maximum weight is 4 lbs.

U.S. POSTAGE
PAID
PLEASANTON, TX
78064
APR 07, 15
AMOUNT
**$5.75**
00040297-07

1004

78205

501 Olive
Denton TX 78026

Court of Appeals
Fourth Court of Appeals District
CADENA Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037
Attn: Judge Little John + clerk

EP14H © U.S. Postal Service; July 2013; All rights reserved.

PRIORITY MAIL®

FLAT RATE ENVELOPE

ONE RATE ★ ANY WEIGHT ★

* Domestic only.

PRESS FIRMLY TO SEAL

This product is for use with Priority Mail® shipments. Misuse may be a violation of federal law. This tape is not for resale.

Visit us at usps.com

Label 106A, May 2008

UNITED STATES POSTAL SERVICE

PRIORITY MAIL®



★ PRIORITY MAIL ★

DATE OF DELIVERY SPECIFIED *

USPS TRACKING™ INCLUDED *

INSURANCE INCLUDED *

PICKUP AVAILABLE

* Domestic only

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This product is for use with Priority Mail® shipments. Misuse may be a violation of federal law. This tape is not for resale.

Visit us at usps.com

Label 106A, May 2008

UNITED STATES POSTAL SERVICE

PRIORITY MAIL®

PRESS FIRMLY TO SEAL



TRACKED. INSURED.

* Domestic only.



UNITED STATES POSTAL SERVICE®

EP14H July 2013
OD: 10 x 5

PS00001000064

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale.